■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDITH WITTORFF, Appellant.—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed December 15, 1986.

Ordered that the sentence is affirmed, and the case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Mangano, Thompson and Lawrence, JJ., concur.